| | |
|---|---|
| TWINDA A. TASKER | CASE NO.: _____ DIV:_____ |
| | 23rd JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF ASCENSION |
| BRYAN LEE McCABE, BMC TRUCKING, LLC., and GREAT WEST CASUALTY COMPANY | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of **Twinda A. Tasker,** who is of the full age of majority and resident of and domiciled in Iberville Parish, State of Louisiana (herein called "Plaintiff") respectfully represent;

1.

**Made Defendants herein:**

A.   **Bryan Lee McCabe**, on information and belief is a resident of the full age of majority and domiciled in Dickinson County, State of Iowa.

B.   **BMC Trucking, LLC.,** on information and belief, a domestic corporation, organized and existing under the law of a state of Iowa, authorized to do and doing business in the State of Iowa, having authorized Corporation Service Company, as it's agent of service of process.

C.   **Great West Casualty Company,** on information and belief, a foreign insurance corporation, organized and existing under the law of a state other than Louisiana, authorized to do and doing business in the State of Louisiana.

2.

**Defendants, Bryan Lee McCabe, BMC Trucking, LLC., and Great West Casualty Company,** are justly and truly indebted to the plaintiff for reasonable damage in the premise, with legal interest thereon from date of judicial demand until paid and for all cost, for the following to -wit:

3.

On or about March 6, 2018, a vehicle driven by Adrienne D. Tasker, in which the plaintiff, **Twinda A. Tasker,** was a passenger and a vehicle owned and operated by defendant, **Bryan Lee McCabe,** was involved in an automobile accident on LA Highway 30 in Gonzales, Louisiana. At all times herein, the vehicle driven by **Bryan Lee McCabe,** was owned by **BMC Trucking, LLC.**

**EXHIBIT 1**

4.

Adrienne D. Tasker, was at a complete stop on LA Highway 73, when suddenly and without warning the defendant, **Bryan Lee McCabe** rear-ended the vehicle plaintiff, **Twinda A. Tasker**, was traveling in with Adrienne D. Tasker, causing the injuries and damages complained of herein.

5.

Said accident was due solely to the negligence of **Bryan Lee McCabe**, which negligence consisted particularly, but not absolutely of the following ostensible acts of negligence to-wit:

A. **Failing to obey the traffic rules, signs, regulations, ordinances, and laws in full force and in effect at the time and place of the accident;**

B. **Failing to maintain a proper outlook and to see that which they shoulder have seen and to act prudently and diligently after seeing that which they did see and;**

C. **Failing to bring vehicle to a stop before causing the accident and inflicting the injuries and damages of which plaintiff's complains of herein.**

6.

Plaintiff, **Twinda A. Tasker**, alleges that as a result of the negligence of **Bryan Lee McCabe**, she has sustained severe injuries. Plaintiff received medical treatment for the injuries sustained, and have incurred numerous medical bills incidental thereto. Plaintiff further contend that she is still suffering from the injuries received in this accident and may have sustained permanent injury. The defendants are indebted unto her for reasonable damages in the premises in connection with the injuries and past and future medical expenses.

7.

Based upon information and belief, there existed a policy of liability insurance with defendant, **Great West Casualty Company**, covering the vehicle being driven by defendant, **Bryan Lee McCabe**, covering the types of injuries complained of herein. At all times herein, the vehicle driven by **Bryan Lee McCabe**, was owned by **BMC Trucking LLC.**

8.

On information and belief, defendant, **Bryan Lee McCabe**, was in the course and scope of his employment with **BMC Trucking, LLC.**, at the time of said accident.

9.

Plaintiffs desire to have this Honorable Court fix the fees of each and every expert witness which the plaintiff may be required to use to establish his cause of action and to tax same

as cost of court.

10.

Plaintiff avers amicable demand to avail.

**WHEREFORE**, plaintiff, **Twinda A. Tasker** pray that **Defendants, Bryan Lee McCabe, BMC Trucking, LLC., and Great West Casualty Company,** be duly cited to appear and answer this petition in the manner prescribed by law and as the law directs; that after all legal delays and due proceeding had, there be judgment herein in favor of the plaintiff and against the defendants, individually and in solido for reasonable damages in the premises, with legal interest thereon from date of judicial demand until paid, and for all cost of court.

And for all general and equitable relief in the premises.

**Respectfully Submitted:**

By: _/s/ Lindsey Scott_

Lindsey J. Scott- Bar Roll # 25868
LINDSEY SCOTT LAW FIRM
632 St. Ferdinand Street
Baton Rouge, Louisiana 70806
Telephone: (225) 387-2688
Facsimile: (866) 721-4124
Email: ljscott@38scott.com


**PLEASE SERVE:**

**BRYAN LEE McCABE ( VIA LONG ARM SERVICE)**
35 Airport Drive
Milford, IA 51351

**BMC TRUCKING, LLC. ( VIA LONG ARM SERVICE)**
Through its Agent of Service:
Corporation Service Company
505 5th Ave, Ste. 729
Des Moines, IA 50309

**GREAT WEST CASUALTY COMPANY**
through its Agent of Service
**R. Kyle Ardoin**
**LOUISIANA SECRETARY OF STATE**
8585 Archive Avenue
Baton Rouge, Louisiana 70809



1-800-259-5300

Home   Online Services   News/Media   FAQs   Contact us

Consumers >    Industry >

Industry Access

# Details for Great West Casualty Company

**Name:**
Great West Casualty Company

**NAIC#:**
11371

**Domicile:**
NE

**Phone:**
(402) 494-2411

**Toll Free#:**
N/A

Addresses

Type: Administrative
1100 West 29th Street
South Sioux City, NE 68776-3130

Type: Books and Records
1100 West 29th Street
South Sioux City, NE 68776-3130

Type: Domicile
1100 West 29th Street
South Sioux City, NE 68776-3130

Type: Mailing
P.O. Box 277
South Sioux City, NE 68776-0277

Appointed Producers
Complaint Data
Licensing Information
Lines of Insurance
Regulatory Actions
Service of Process
Summary Financial Information

**Return to Search Results**

**Return to Search**



EXHIBIT 2



(https://www.quicktransportsolutions.com/index.php)

Custom Search

Home (/index.php)  /  USA Trucking Companies (https://www.quicktransportsolutions.com/carrier/usa-trucking-companies.php)
/  Iowa (https://www.quicktransportsolutions.com/carrier/iowa/trucking-companies.php)  /  Milford (https://www.quicktransportsolutions.com/carrier/iowa/milford.php)
/  Bmc Trucking

# BMC TRUCKING (Iowa Transport Company)

## Company Overview

BMC TRUCKING is an active carrier operating under USDOT Number 2489118.

| | |
|---|---|
| **Total Trucks** | 1 |
| **Tractors Owned** | 0 |
| **Trailer Owned** | 0 |
| **Total Drivers** | 1 |
| USDOT (UNIQUE IDENTIFIER FOR TRANSPORT COMPANIES OPERATING COMMERCIAL VEHICLES HAULING CARGO IN INTERSTATE COMMERCE REGISTERED WITH THE FMCSA) | 2489118 |
| **MCS-150 Mileage Year** | |
| MCS-150 DATE (DATE FROM THE MCS-150 REGISTRATION FORM.) | |
| MCS-150 MILEAGE (MILEAGE FROM THE MCS-150 REGISTRATION FORM.) | |
| **Does BMC TRUCKING transport Hazardous Material?** | No |
| Carrier Operation (Interstate - Truck driver transports across State lines, or wholly within one State as part of a through movement that originates or terminates in another State. Intrastate - Truck driver transports wholly within one State.) | N/A |



## Company Contact Info

**BMC TRUCKING**
35 Airport Dr
Milford, IA 51351
 (Bmc Trucking Phone) 712-540-0643 (tel:7125400643)

## Cargo Hauled by BMC TRUCKING

General Freight

#### Do you operate BMC TRUCKING business?

QuickTSI will provide this website/profile as a **marketing platform for BMC TRUCKING.** Let potential shippers learn more about BMC TRUCKING. QuickTSI will publish BMC TRUCKING. business information here.

Submit Information



#### BMC TRUCKING Insurance History

| Insurance Form | Insurance Type | Insurance Carrier | Policy/Surety | Coverage Amount From | Coverage Amount To | Effective Date From | Effective Date To |
|---|---|---|---|---|---|---|---|
| 91X | BIPD/Primary | Great West Casualty Co. | MCP09905A | $0 | $1,000,000 | 04/11/2014 | 04/23/2015 Cancelled |

* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance and $75,000 for bond/trust fund). The carrier may actually have higher levels of coverage.';

#### Bmc Trucking. Insurance Companies Information

**Great West Casualty Co.**
1100 WEST 29TH ST., P.O. BOX 277
SOUTH SIOUX CITY, NE
Fax:(402)494 - 7400

#### Bmc Trucking Location on Google Map

**23ʳᴰ JUDICIAL DISTRICT COURT FOR THE PARISH OF ASCENSION**

**STATE OF LOUISIANA**

NO.: 124931                                                                                          DIVISION: B

**TWINDA A. TASKER**

**VERSUS**

**BRYAN LEE MCCABE, BMC TRUCKING, LLC, and
GREAT WEST CASUALTY COMPANY**

FILED: _____          _____
                                                             DEPUTY CLERK

**NOTICE OF FILING NOTICE OF REMOVAL**

**TO:**   Bridget Hanna, Clerk of Court
           23ʳᵈ Judicial District Court for the Parish of Ascension
           815 East Worthey Street
           Gonzales, LA 70737

           Plaintiff, Twinda A. Tasker
           Through their attorney of record,
           Lindsey J. Scott
           LINDSEY SCOTT LAW FIRM
           632 St. Ferdinand Street
           Baton Rouge, LA 70806

PLEASE TAKE NOTICE that Great West Casualty Company and Bryan Lee McCabe have this date filed the attached Notice of Removal with the Office of the Clerk for the United States District Court for the Middle District of Louisiana. A copy of the Notice of Removal is attached hereto as Exhibit "A."

                                                                        Respectfully submitted,

                                                                        LOEB LAW FIRM

                                         By:    _____
                                                                        J. SCOTT LOEB (#25771)
                                                                        SEAN MCALLISTER (#35900)
                                                                        1180 West Causeway Approach
                                                                        Mandeville, LA 70471
                                                                        Telephone:    (985) 778-0220
                                                                        Facsimile:      (985) 246-5639
                                                                        Email:            sloeb@loeb-law.com
                                                                                               smcallister@loeb-law.com
                                                                        *Attorneys for Great West Casualty Company
                                                                        and Bryan Lee McCabe*

**EXHIBIT 3**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of April 2019, served a copy of the foregoing on counsel for all parties to this proceeding, either by email, hand delivery, facsimile and/or by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____
SEAN MCALLISTER